13rptcmp(10/06)

**UNITED STATES BANKRUPTCY COURT**
**Western District of Missouri**

F I L E D

8/9/07

Clerk, U.S. Bankruptcy Court
Western District of Missouri

In Re: Darren Wayne Butterfield and Kelly Renee Butterfield
Debtor(s)

Case No.: 03–51594–jwv13
Chapter: 13

**NOTICE AND ORDER APPROVING FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE; CLOSING CHAPTER 13 ESTATE BECAUSE OF COMPLETION OF THE PLAN AND ACCORDINGLY DISCHARGING THE CHAPTER 13 TRUSTEE AND RELEASING HIM FROM LIABILITY ON HIS BOND EFFECTIVE 30 DAYS FROM THE DATE HEREOF TO GRANT CREDITORS AN OPPORTUNITY TO OBJECT TO THE ENTRY OF THESE ORDERS**

Richard V. Fink, Chapter 13 Standing Trustee, has petitioned this Court for a final order discharging him as trustee and closing the estate of the above–named debtor(s). The files and records of the Court show that the Chapter 13 plan has been completed and that the accounting rendered by the Chapter 13 trustee is true and correct. However, the creditors herein will be granted 30 days from the date hereof to file, in writing, any objections they may have to the Chapter 13 trustee's Final Report and Account and his subsequent discharge as trustee, or to the closing of the Chapter 13 proceedings herein. The Chapter 13 trustee's Final Report and Account are on file with the Clerk of the Bankruptcy Court. It is therefore

ORDERED that the Final Report and Account of Richard V. Fink, Chapter 13 Standing Trustee, be and the same is hereby approved. It is further

ORDERED that if any ongoing post–petition payments are being paid pursuant to 11 U.S.C. 1322(b)(5) through the trustee's office rather than the debtor paying them directly, those payments and the account upon which those payments are made, including any arrearage claims and any charges assessed by the creditor, are deemed current as of the date the last ongoing payment was made by the trustee's office, unless the creditor timely objects to this order. It is further

ORDERED that the Chapter 13 estate herein be, and it is hereby, closed. It is further

ORDERED that Richard V. Fink, Chapter 13 Standing Trustee, be, and he is hereby, discharged as the trustee of the above–named debtor(s), and accordingly that Richard V. Fink and the surety on his bond be, and they are hereby, released from any and all liability upon that bond on account of the subject proceedings arising hereafter. It is further

ORDERED that the above and foregoing order be, and the same are hereby, effective and final 30 days from the date hereof to meantime grant creditors an opportunity to file in writing any objections they many have to the trustee's Final Report and Account, and his subsequent discharge as trustee, or to the closing of the Chapter 13 proceedings herein.

Date of issuance: 8/9/07

/s/ Jerry W. Venters
_____
UNITED STATES BANKRUPTCY JUDGE

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

1594-jwv13   Doc 61   Filed 08/11/07   Entered 08/12/07 00:01:41   Desc
Imaged Certificate of Service   Page 2 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0866-5           User: anstines              Page 1 of 3           Date Rcvd: Aug 09, 2007
Case: 03-51594                 Form ID: 13rptcmp           Total Served: 117

The following entities were served by first class mail on Aug 11, 2007.
db         +Darren Wayne Butterfield,    4217 Belmont Circle,    St. Joseph, MO 64506-2449
db         +Kelly Renee Butterfield,    4217 Belmont Circle,    St. Joseph, MO 64506-2449
aty        +Noah J. Briles,    200 Commerce Bank Bldg,    104 S. 4th St.,    St Joseph, MO 64501-2108
tr         +Richard Fink,    Suite 800,    818 Grand Blvd,    Kansas City, MO 64106-1901
10603020   +APAC Limpus Quarries, Inc.,    19100 East 231st Street,    Harrisonville, MO 64701-3766
10603021   +AT&T,    P. O. Box 27866,    Kansas City, MO 64184-0001
10603014   +Allied Insurance,    701 5th Ave.,    Des Moines, IA 50391-1007
10603015   +American Express Card,    P. O. Box 297804,    Fort Lauderdale, FL 33329-7804
10603017   +American Express Card,    P. O. Box 5207,    Fort Lauderdale, FL 33310-5207
10639998    American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
             Malvern, PA 19355-0701
10603019   +American General Finance,    839 S. Washington St.,    Chillicothe, MO 64601-3043
10603022   +Atchison Daily Globe,    1015-25 Main Street,    Atchison, KS 66002-2711
10603023   +Blue Cross & Blue Shield of KS,    419 SW 29th St.,    Topeka, KS 66611-1105
10603024   +Bradley Scott Anderson,    5321 Foxridge Drive, No. 205,    Mission, KS 66202-4506
10603025   +Buchanan County Circuit Court,    411 Jules Street,    St. Joseph, MO 64501-1731
10636173   +Buchanan County Collector Of Revenue,    Buchanan County Courthouse,    411 Jules,    Suite 123,
             St Joseph MO 64501-1729
10603029   +Bunton's Truck Repair,    P. O. Box 3252,    St. Joseph, MO 64503-0252
10603030   +Capital One,    P. O. Box 85167,    Richmond, VA 23285-5167
10603031   +Cato Corporation,    P. O. Box 740933,    Dallas TX 75374-0933
10603032   +Cement Mason Fringe,    P. O. Box 803818,    Kansas City, MO 64180-0001
10603033   +Cement Mason's Local Union,    6901 Shawnee Mission Pkwy,    Suite 418,
             Overland Park, KS 66202-4005
10611563   +Citi Cards,    PO Box 3671,    Urbandale, IA 50323-0671
10603034    City of Elwood,    6th & Kentucky,    Elwood, KS  66024
10635346    Credit First NA,    PO Box 818011 BK13,    Cleveland OH 44181-8011
10603035   +Credit First National Associat,    P. O. Box 81344,    Cleveland, OH 44188-0001
10713261   +DILLARD NATIONAL BANK,    P.O. BOX 52051,    PHOENIX,   AZ 85072-2051
10603039  ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
            (address filed with court: Discover,    P. O. Box 30395,    Salt Lake City, UT  84130)
10603040  ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
            (address filed with court: Discover,    P. O. Box 30397,    Salt Lake City, UT  84130)
10630262  ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
            (address filed with court: Discover Bank,    Discover Financial Services,    PO Box 8003,
             Hilliard OH 43026)
10603036   +Detroit Industrial Tool,    P. O. Box 7916,    Van Nuys, CA 91409-7916
10603037   +Dibenedetto Elegante,    2860 Guinotte,    Kansas City, MO 64120-2002
10603038   +Dillards,    P. O. Box 52067,    Phoenix, AZ 85072-2067
10603041   +Doniphan County Treasurer,    P. O. Box 308,    Troy, KS 66087-0308
10603042   +Euler Law Office,    P. O. Box 326,    Troy, KS 66087-0326
10603043   +Farmers State Bank,    P. O. Box 219,    Wathena, KS 66090-0219
10603044   +Fastenal Company,    P. O. Box 978,    Winona, MN 55987-0978
10603045   +First Community Bank,    1300 North 78th St.,    Kansas City, KS 66112-2403
10668913   +First Horizon Home Loans,    4000 Horizon Way,    Irving, TX 75063-2260
10603046   +First Horizon McGuire Mtg.,    3007 N. Belt Highway,    St. Joseph, MO 64506-1528
10603047   +Ford Credit,    P. O. Box 152271,    Irving, TX 75015-2271
10603048   +Ford Motor Credit,    P. O. Box 152271,    Irving, TX 75015-2271
10603052   +GRDN/CBUSA,    P O Box 9714,    Gray, TN 37615-9714
10603049    Garfield Lumber,    10th & Garfield,    St. Joseph, MO  64501
10603050   +Goedecke,    33401 Treasury Center,    Chicago, IL 60694-3400
10603051   +Gordons,    P. O. Box 9025,    Des Moines, IA 50368-9025
10603053    Haug Communications, Inc.,    East Hwy. 36 Rt. 3, Box 9,    Seneca, KS  66538
10603054   +Hawkeye Security Insurance Com,    Scott Burnham,    6281 Tri-Ridge Blvd.,
             Loveland, OH 45140-8345
10603055   +Heritage Bank,    1701 South Belt Highway,    St. Joseph, MO 64507-2235
10603056   +Hershewe & Company,    3715 Beck Rd., Bldg. B,    Suite 203,    St. Joseph, MO 64506-5039
10603057   +Herzog Red E Mixed,    P. O. Box 432,    St. Joseph, MO 64502-0432
10628299   +Herzog Red-E-Mixed Concrete Company,    Larry D Goins,    Liles Davison Tieman & Goines LLC,
             1018 W St. Maartens Drive Suite 200,    St Joseph MO 64506-5105
10603058   +Hilti, Inc.,    Dept. 0890,    P. O. Box 120001,    Dallas, TX 75312-0001
10603059   +Hinckley Springs,    P. O. Box 2404,    Bedford Park, IL 60499-2404
10603060   +Household Bank,    Dept. 7680,    Carol Stream, IL 60116-0001
10747980   +Household Bank (SB), N.A.,    eCAST Settlement Corp,    c/o Bass & Associates, P.C.,
             3936 E Ft Lowell Rd Suite 200,    Tucson AZ 85712-1083
10603061  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Internal Revenue Service,    Attn: Joni Broadbent,
             120 SE 6th, Bldg. 4, Ste. 200,    Topeka, KS  66603)
10603064   +JCPenney Monogram Bank,    P. O. Box 981131,    El Paso, TX 79998-1131
10603062   +Jack Horners,    P. O. Box 248,    St. Joseph, MO 64502-0248
10603063   +James W. Downey Appraiser,    4305 Frederick Ave.,    St. Joseph, MO 64506-3112
10628372   +Jeffrey Scott Sanger,    3306 Jackson St,    St Joseph MO 64507-1935
10603066   +K & M Refuse,    P. O. Box 528,    Elwood, KS 66024-0528
10603067   +Kansas Employment Security,    Chuck Holladay,    P. O. Box 940,    Manhattan, KS 66505-0940
10603068   +Kansas Gas Service,    P. O. Box 208,    Wichita, KS 67201-0208
10603069   +Lance Construction Co,    503 South 6th Street,    Savannah, MO 64485-1937
10603070   +Larry Goins,    1018 W. St. Maartens Drive,    #200,    St. Joseph, MO 64506-5105
10603071   +Loch Sand & Construction,    P. O. Box 647,    Maryville, MO 64468-0647
10612192   +Loch Sand & Consttruction Company,    26866 238th Street,    PO Box 647,    Maryville MO 64468-0647
10603072   +Logan D. Walker,    P. O. Box 4007,    St. Joseph, MO 64504-0007
10603073   +Lowes Home Improvement,    P. O. Box 105980, Dept. 79,    Atlanta, GA 30353-5980
10603074   +MBNA America,    P. O. Box 15019,    Wilmington, DE 19886-5019
```

```
District/off: 0866-5           User: anstines              Page 2 of 3                   Date Rcvd: Aug 09, 2007
Case: 03-51594                 Form ID: 13rptcmp           Total Served: 117

10639963       MBNA America Bank, N.A.,    by eCAST Settlement Corporation as its a,    P.O. Box 35480,
                 Newark, NJ  07193-5480
10603075       McLeon USA Publishing Co,    P. O. Box 9254,    Des Moines, IA  50306
10603076      +Med Clinic,    P. O. Box 7170,    St. Joseph, MO 64507-7170
10628343      +Michael Whistle,    Whistle Redi-Mix Inc,    518 Walker St,    Pleasant Hill MO 64080-1866
10603077       Midway Wholesale,    215 South 15th Street,    Elwood, KS  66024
10603078      +Midwest Concrete Place,    P. O. Box 235,    Basehor, KS 66007-0235
10773557      +Missouri Department of Revenue,    P O Box 475,    Jefferson City, MO 65105-0475
10603079      +Missouri Iron &y Metal,    750 South 4th Street,    St. Joseph, MO 64501-3623
10603080      +Myers Watson Florists,    1004 North 22nd Street,    St. Joseph, MO 64506-2608
10603081      +NEBS,    500 Main Street,    Attn: A/R,    Groton, MA 01471-0001
10603082       NEXTEL,    Accessories #973795,    P. O. Box 7409,    Pasadena, CA  91109
10603083      +Nodaway Contracting Company,    22980 US Hwy. 71,    Maryville, MO 64468-8210
10603084      +Nodaway Valley Bank,    1701 South Belt Hwy.,    St. Joseph, MO 64507-2235
10603085      +Office Max, Inc.,    Dept. 58, 3600637341,    P. O. Box 9020,    Des Moines, IA 50368-9020
10603086      +PFS,    P. O. Box 419090,    Kansas City, MO 64141-6090
10603087      +Pony Express Paving,    1303 Roseport Road,    Wathena, KS 66090-1246
10603088      +Ponyexpress.net,    102 N. Woodbine Road,    St. Joseph, MO 64506-3448
10603089       Prosun Tanning,    2442 24rd St. N.,    St. Petersburg, FL  33713
10603090       R & W Tow & Recovery,    1214 South 9th Street,    St. Joseph, MO  64501
10603091      +Rent All Equipment, Inc.,    3702 King Hill Ave,    St Joseph, MO 64504-1099
10603093      +S & S Plumbing,    119 Fulkerson,    St. Joseph, MO 64504-2017
10603101      +SWBT,    P. O. Box 930170,    Dallas, TX 75393-0170
10603094      +Schildberg Construction Compan,    P. O. Box 358,    Greenfield, IA 50849-0358
10603095      +Scott Sanger,    3306 Jackson St.,    St. Joseph, MO 64507-1935
10603096      +Sears RCCOC 8602,    P. O. Box 3671,    Des Moines, IA 50323-0671
10603098      +Shughart Thomson & Kilroy,    Mark Woodbury,    P. O. Box 803374,    Kansas City, MO 64180-0001
10603099      +Spectral Precision Credit,    Dept. 904,    Columbus, OH 43265-0001
10603100       Sprint Lumber, Inc.,    4611 South 169,    St. Joseph, MO  64507
10603102      +T A Bank,    11227 Lakeview,    Lenexa, KS 66219-1399
10603103      +Team Rebar KC/Waddell,    3117 Weatherford,    Independence, MO 64055-2440
10603104      +Town & Country Supply,    5326 Lake Ave.,    Box 4055,    St. Joseph, MO 64504-1145
10603105      +Trinity Capital,    475 Sansome Street,    San Francisco, CA 94111-3112
10603106      +Trinity Capital Corporation,    Sarah Webster,    1390 Willow Pass Road,    Concord, CA 94520-5200
10603110       WFNNB/Maurices,    P O Box 182685,    Columbus, OH  43218-2685
10603107      +WalMart,    P. O. Box 530927,    Atlanta, GA  30353-0927
10603108      +Wells Fargo Financial,    P. O. Box 98798,    Las Vegas, NV 89193-8798
10603109      +Wells Fargo Financial,    3702 Frederick Avenue #118,    St Joseph, MO 64506-3059
10619678      +Wells Fargo Financial Missouri, Inc,    4137 121st Street,    Urbandale, Ia 50323-2310
10603111      +Whistle Redi-Mix Inc.,    518 Walker Street,    Pleasant Hill, MO 64080-1866
10603112      +World Diamond Source,    Mike Masters,    2560-2590 NE 5th Ave,    Pompano Beach, FL 33064-5414
10683354      +World Financial Network National Bank,    Maurice's,    PO Box 182871,    Columbus, Ohio 43272-0001
10650655       eCAST Settlement Corporation, assignee of,    General Electric//WAL-MART FLIP,    P.O. Box 35480,
                 Newark, NJ  07193-5480
10650498       eCAST Settlement Corporation, assignee of,    General Electric//JCP CONSUMER,    P.O. Box 35480,
                 Newark, NJ  07193-5480
10683171       eCAST Settlement Corporation, assignee of,    General Electric Private Label/LOWES/RET,
                 P.O. Box 35480,    Newark, NJ  07193-5480
The following entities were served by electronic transmission on Aug 09, 2007.
10603019      +Fax: 660-646-4610 Aug 09 2007 22:41:04      American General Finance,    839 S. Washington St.,
                 Chillicothe, MO 64601-3043
11922244      +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Aug 09 2007 22:46:23      B-FIRST, L.L.C.,
                 MAIL STOP 550,    2101 FOURTH AVENUE, SUITE 1030,    SEATTLE, WA 98121-2317
10603027      +Fax: 816-271-1584 Aug 09 2007 22:33:29      Buchanan County Collector,    411 Jules St.,
                 St. Joseph, MO 64501-1731
10603092      +E-mail/PDF: credit@rscrental.com Aug 09 2007 22:19:12      Rental Service Corporation,
                 P. O. Box 840514,    Dallas, TX 75284-0514
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10603016*     +American Express Card,    P. O. Box 297804,    Fort Lauderdale, FL 33329-7804
10603018*     +American Express Card,    P. O. Box 5207,    Fort Lauderdale, FL 33310-5207
11922248*     +B-FIRST, L.L.C.,    MAIL STOP 550,    2101 FOURTH AVENUE, SUITE 1030,    SEATTLE, WA 98121-2317
10603026*     +Buchanan County Circuit Court,    411 Jules Street,    St. Joseph, MO 64501-1731
10603028*     +Buchanan County Collector,    411 Jules St.,    St. Joseph, MO 64501-1731
10603065*     +JCPenney Monogram Bank,    P. O. Box 981131,    El Paso, TX 79998-1131
10603097*     +Sears RCCOC 8602,    P. O. Box 3671,    Des Moines, IA 50323-0671
                                                                                               TOTALS: 0, * 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0866-5           User: anstines            Page 3 of 3              Date Rcvd: Aug 09, 2007
Case: 03-51594                 Form ID: 13rptcmp         Total Served: 117

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2007**                    Signature:    _/s/ Joseph Speetjens_